No. 302. DISTRICT OF COLUMBIA *v.* LITTLE. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Vernon E. West, Chester H. Gray, Lee F. Dante* and *Edward A. Beard* for petitioner. *John P. McGrath, Ray L. Chesebro, Benjamin S. Adamowski, Alexander G. Brown* and *Charles S. Rhyne* filed a brief for the National Institute of Municipal Law Officers, as *amicus curiae,* supporting the petition.

*Certiorari Denied.*

No. 177. PENNSYLVANIA RAILROAD Co. *v.* KRENGER. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *John Vance Hewitt* for petitioner. *William A. Blank* for respondent.

No. 235. SOBLE *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *A. S. Baskett* and *D. A. Frank* for petitioner. *Price Daniel,* Attorney General of Texas, *Joe R. Greenhill,* First Assistant Attorney General, and *Jesse P. Luton, Jr.,* Assistant Attorney General, for respondent.